# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **SONNY JOSEPH PHILLIPS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. CIV-21-333-G |
| | ) |
| **MICHAEL BONDURANT et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

Plaintiff Sonny Joseph Phillips, a state inmate, filed this federal civil rights action on April 12, 2021. In accordance with 28 U.S.C. § 636(b)(1), the matter was referred to Magistrate Judge Gary M. Purcell for preliminary review.

On November 22, 2022, Judge Purcell issued a Supplemental Report and Recommendation (Doc. No. 25), in which he recommended this action be dismissed for failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). In the Supplemental Report and Recommendation, Judge Purcell advised Plaintiff of his right to object to the Supplemental Report and Recommendation by December 12, 2022. Judge Purcell also advised that a failure to timely object would constitute a waiver of the right to appellate review of the factual findings and legal conclusions contained in the Supplemental Report and Recommendation.

As of this date, Plaintiff has not submitted any objection to the Supplemental Report and Recommendation or sought leave for additional time to do so.

## CONCLUSION

Accordingly, the Supplemental Report and Recommendation (Doc. No. 25) is ADOPTED in its entirety. This action is DISMISSED without prejudice. A separate judgment shall be entered.

IT IS SO ORDERED this 29th day of December, 2022.

CHARLES B. GOODWIN
United States District Judge